1

2

3

4

5

6

7

8                    UNITED STATES DISTRICT COURT

9                    NORTHERN DISTRICT OF CALIFORNIA

10

11                                   )
     MINERVA BUSTAMANTE,             )
12                                   )        No. C10-0819 BZ
                                     )
13           Plaintiff(s),           )
                                     )        **SCHEDULING ORDER**
14      v.                           )
                                     )
15                                   )
     JORGE PERALTA, dba TACOS EL     )
16   GRULLO                          )
                                     )
17           Defendant(s).           )
                                     )
18   _____)

19        Pursuant to stipulation of the parties (Docket No. 15) **IT**

20   **IS HEREBY ORDERED** as follows:

21        1.   This matter is referred to the ADR Department to

22   schedule a mediation within ninety days.

23        2.   The Case Management Conference is continued to

24   **Monday, December 20, 2010, at 4:00 p.m.**, in Courtroom G, 15th

25   Floor, Federal Building, 450 Golden Gate Avenue, San

26   Francisco, California 94102.

27   ///

28   ///

                                1

1        3.    The parties shall file a joint case management

2   statement by **December 13, 2010.**

3   Dated: September 13, 2010

4

5                                      _____

6                                      Bernard Zimmerman
                                       United States Magistrate Judge
7
    G:\BZALL\-BZCASES\BUSTAMANTE V. PERALTA\CAPTION.wpd
8

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28

                                       2