```
ADAM WANG (STATE BAR NUMBER 201233)
ADAM PEDERSEN (STATE BAR NUMBER 261901)
LAW OFFICES OF ADAM WANG
12 S First Street, Suite 708
San Jose, CA 95113
Tel:  408-292-1040
Fax:  408-416-0248

Attorneys for Plaintiff
Minerva Bustamante
```

UNITED STATES FEDERAL COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| Minerva Bustamante,<br><br>        Plaintiff,<br><br>    vs.<br><br>Jorge Peralta *dba* Tacos el Grullo, and Does 1-10<br><br>        Defendants | Case No.: 3:10-cv-00819-BZ<br><br>**REQUEST OF PLAINTIFF'S COUNSEL TO APPEAR TO APPEAR TELEPHONICALLY AT THE CASE MANAGEMENT CONFERENCE (CMC) [CIVIL L.R. 16-10(a)]**<br><br><u>Initial CMC</u><br>Date: 12/20/2010<br>Time: 4:00 PM<br>Judge: Hon. Bernard Zimmerman |

**TO THE HON. BERNARD ZIMMERMAN:**

Pursuant to Local Civil Rule 16-10(a), Counsel for Plaintiff Adam Pedersen requests the Court's permission to participate in the December 20, 2010 case management conference by telephone. Pursuant to the standing order of the Hon. Bernard Zimmerman, this request is made at least five (5) days prior to the current conference date.

The request is made on the grounds that attorney Pedersen, who originally intended to appear in person at the case management conference. Attorney Pedersen will be out of town in the days preceding the conference and now has conflicts which prevent his returning to San

1  Francisco to attend the status conference. Attorney Pedersen had filed a case management
2  statement, has informed opposing counsel of this request and will be available by phone, fully
3  prepared to address any issue which may arise at the CMC.

|   |   |
|---|---|
| Dated:  December 15, 2010 | By:   /s/Adam Pedersen<br>Adam Pedersen<br>Law Office of Adam Wang<br>Attorneys for Plaintiff |

**[PROPOSED] ORDER**

The Court has reviewed and considered the Request of Plaintiffs' Counsel for Permission to Appear Telephonically at the December 20, 2010 Case Management Conference at 4:00 pm.

GOOD CAUSE APPEARING, Counsel's request to appear telephonically at the case management conference on behalf of Plaintiff is hereby GRANTED.

**IT IS SO ORDERED.**

Dated: Dec. 16, 2010

_____
Hon. Bernard Zimmerman
United States Magistrate Judge

Counsel shall contact CourtCall, telephonic court appearances at 1-888-882-6878, and make arrangements for the telephonic conference call.

**REQUEST TO PARTICIPATE TELEPHONICALLY**