UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

MINERVA BUSTAMANTE,

        Plaintiff(s),

  v.

JORGE PERALTA, dba TACOS EL GRULLO

        Defendant(s).

No. C10-0819 BZ

**ORDER STAYING CASE RE: NOTICE OF BANKRUPTCY**

A notice of a bankruptcy filing by defendant having been given, **IT IS HEREBY ORDERED** that this matter is **STAYED** pending resolution of the bankruptcy proceeding. **IT IS FURTHER ORDERED** that within **ten days** of the conclusion of the bankruptcy proceeding, defendant shall so notify the Court.

Dated: February 14, 2011

                        Bernard Zimmerman
                        United States Magistrate Judge

G:\BZALL\-BZCASES\BUSTAMANTE V. PERALTA\ORDER STAYING CASE RE NOTICE OF BANKRUPTCY.wpd

1