UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

MINERVA BUSTAMANTE,  )
                    )
    Plaintiff(s),  )   No. C10-0819 BZ
                    )
    v.              )
                    )   **ORDER REQUIRING**
JORGE PERALTA,      )   **STATUS REPORT**
                    )
    Defendant(s).   )
_____)

**IT IS HEREBY ORDERED** that counsel for plaintiff file a report on the status of the case, or file an appropriate dismissal if the plaintiff no longer wishes to pursue the case, by **March 9, 2012**.

Dated: February 24, 2012

                        Bernard Zimmerman
                     United States Magistrate Judge

G:\BZALL\-BZCASES\BUSTAMANTE V. PERALTA\ORDER REQUIRING STATUS REPORT.wpd

1