UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

MINERVA BUSTAMANTE,)
        Plaintiff(s),    ) No. C10-0819 BZ
   v. )
JORGE PERALTA, ) **ORDER REQUIRING STATUS REPORT**
        Defendant(s). )

**IT IS HEREBY ORDERED** that counsel for plaintiff file a report on the status of the case, or file an appropriate dismissal if the plaintiff no longer wishes to pursue the case, by **March 9, 2012**.

Dated: February 24, 2012

                       Bernard Zimmerman
                   United States Magistrate Judge

G:\BZALL\-BZCASES\BUSTAMANTE V. PERALTA\ORDER REQUIRING STATUS REPORT.wpd

1