UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| MINERVA BUSTAMANTE,<br><br>        Plaintiff(s),<br><br>  v.<br><br>JORGE PERALTA, dba TACOS EL GRULLO<br><br>        Defendant(s). | No. C10-0819 BZ<br><br>**ORDER TO SHOW CAUSE** |

    On February 11, 2011, counsel for defendant Jorge Peralta informed the Court that defendant had filed a Chapter 7 bankruptcy and immediately thereafter, this case was stayed. A review of the bankruptcy court docket it discloses that the defendant was discharged from bankruptcy on July 25, 2011. On February 24, 2012 this Court ordered counsel for plaintiff by March 9, 2012, to file a report of the status of case inasmuch as it was inactive, or file an appropriate dismissal if plaintiff no longer wished to pursue the case. No report or dismissal was filed. **IT IS THEREFORE ORDERED** that plaintiff

1

shall show cause on **May 2, 2012 at 2:00 p.m.**, in Courtroom D, 15th Floor, Federal Building, 450 Golden Gate Avenue, San Francisco, California 94102, why this case should not be dismissed for lack of prosecution and failure to comply with the Court's Order.  If plaintiff wishes to avoid an appearance, plaintiff shall dismiss this case in advance of the scheduled hearing and the hearing will be taken off calendar.

Dated: April 13, 2012

Bernard Zimmerman
United States Magistrate Judge

G:\BZALL\-BZCASES\BUSTAMANTE V. PERALTA\ORDER TO SHOW CAUSE.wpd

2